FILED

07 DEC 27 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: g DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 3475 IEG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS MENDOZA-CAMACHO,<br>aka Manuel Urias-Castro,<br>aka Carlos Soto,<br>Defendant. | Criminal Case No. ___________<br>I N D I C T M E N T<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The grand jury charges:

On or about April 16, 2007, within the Southern District of California, defendant CARLOS MENDOZA-CAMACHO, aka Manuel Urias-Castro, aka Carlos Soto, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

JJO:em:San Diego
12/19/07

It is further alleged that defendant CARLOS MENDOZA-CAMACHO, aka Manuel Urias-Castro, aka Carlos Soto, was removed from the United States subsequent to June 24, 2004.

DATED: December 27, 2007.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JOSEPH J.M. ORABONA
Assistant U.S. Attorney