FILED

2007 DEC 27 PM 2:47

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CARLOS MENDOZA-CAMACHO,<br>aka Manuel Urias-Castro,<br>aka Carlos Soto,<br>Defendant. | Criminal Case No. '07 CR 3475 IEG<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Carlos Mendoza-Camacho, aka Manuel Urias-Castro, aka Carlos Soto, Criminal Case No. 07CR3119-IEG.

DATED: December 27, 2007.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney